# The State of New Hampshire

**MERRIMACK, SS.**                                                                 **SUPERIOR COURT**

## RECEIPT OF WRIT

DATE: April 16, 2009

DOCKET NUMBER: 09-C-0189

Susan Fifield

v.

HM Life Insurance Company, Broadspire Services Incorporated,
and AETNA Life Insurance Company

　　　　The writ in the above-captioned matter was filed with the Clerk of this Court on April 14, 2009 at 11:58 a.m.

　　　　The plaintiff or his/her attorney is to attach a copy of this receipt to identical copies of the original writ and deliver them to the sheriff or other legally authorized entity for service on each named defendant. Sufficient copies shall be provided to allow for a service copy for each named defendant and a copy for each officer completing service to complete the return. The return copies shall be filed with the court in accordance with N.H. Superior Court Rule 3.

　　　　　　　　　　　　　　　　　　　　By Order of the Court

　　　　　　　　　　　　　　　　　　　　William S. McGraw, Clerk



RECEIVED
MAY 14 2009

# The State of New Hampshire

**SUPERIOR COURT**

MERRIMACK COUNTY

(X) COURT
( ) JURY

## WRIT OF SUMMONS

SUSAN FIFIELD
19 Vine Street
Northfield, NH   03276

v.

HM LIFE INSURANCE COMPANY
PO Box 535061
Pittsburgh, PA 15253
and
BROADSPIRE SERVICES INCORPORATED
1001 Summit Blvd
Atlanta, GA 30302
and
AETNA LIFE INSURANCE COMPANY
151 Farmington Avenue
Hartford, CT 06156

The Sheriff or Deputy of any County is ordered to summon each defendant to file a written appearance with the Superior Court at the address listed below by the return day of this writ which is the first Tuesday of __June__, __2009__.
                                                                                                                                                                                                      MONTH
YEAR

The PLAINTIFF(S) state(s):

See attached Writ/Declaration

and the Plaintiff(s) claim(s) damages within the jurisdictional limits of this Court.
Susan Fifield   By Her Attorney,

_____
INDORSER (sign and print name)
William D. Woodbury

04/14/09
DATE OF WRIT

**NOTICE TO THE DEFENDANT**
The Plaintiff listed above has begun legal action against you. You do not have to physically appear in Court on the return day listed above since there will be no hearing on that day. However, if you intend to contest this matter, you or your attorney must file a written appearance form with the Clerk's Office by that date. (Appearance forms may be obtained from the Clerk's Office.) You will then receive notice from the Court of all proceedings concerning this case. If you fail to file an appearance by the return day, judgment will be entered against you for a sum of money which you will then be obligated to pay.

Witness, ROBERT J. LYNN, Chief Justice, Superior Court.

_____
William S. McGraw, Clerk
NH Superior Court Merrimack County
PO Box 2880
Concord, NH 03302-2880
(603) 225-5501

213-003-S

_____
SIGNATURE OF PLAINTIFF/ATTORNEY
William D. Woodbury
Normandin, Cheney & O'Neil, PLLC
PRINTED/TYPED NAME

PO Box 575
ADDRESS

Laconia, NH   03247-0575     603/524-4380
                              PHONE

RECEIVED
MAY 14 2009
DFS

# Merrimack County Sheriff's Office

SHERIFF SCOTT E. HILLIARD
163 North Main Street
Concord, NH 03301
Phone: 603-225-5583

**RECEIVED**
APR 23 2009
NH INSURANCE DEPARTMENT

HM LIFE INSURANCE COMPANY
PO BOX 535061
PITTSBURGH, PA 15253

AFFIDAVIT OF SERVICE

MERRIMACK, SS.                                          APRIL 23, 2009

I, Lieutenant PHILIP P SOULE JR, this day at _10:08_ (a.m./p.m.), summoned the within named defendant HM LIFE INSURANCE COMPANY, by leaving at the office of Roger Sevigny, Insurance Commissioner for the State of New Hampshire its true and lawful attorney for the service of process under, and by virtue of, Chapter 405-10 NH RSA as amended, two copies of this RECEIPT OF WRIT and I paid said Commissioner for the State twenty-five ($25.00) dollars as their fee for accepting service.

FEES

| | |
|---|---|
| Service | $15.00 |
| Misc. | |
| Pd NH INSURANCE COMMISSIONER | 25.00 |
| Postage | 1.00 |
| Travel | 2.50 |
| TOTAL: | $43.50 |

Lieutenant PHILIP P SOULE JR
Merrimack County Sheriff's Office

**RECEIVED**
MAY 14 2009
DFS


**CT Corporation**

**Service of Process Transmittal**
04/23/2009
CT Log Number 514765664

**TO:** Martha Nerenhausen
Broadspire Services, Inc.
1601 S.W. 80th Terrace, Bldg. 1, First Floor
Plantation, FL 33324

**RE:** Process Served in New Hampshire

**FOR:** Broadspire Services, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Susan Fifield, Pltf. vs. HM Life Insurance Company, et al. including Broadspire Services Incorporated, Dfts. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Receipt of Writ, Writ of Summons, Complaint, Affidavit of Service |
| **COURT/AGENCY:** | Merrimack County Superior Court, NH Case # 09-C-189 |
| **NATURE OF ACTION:** | Insurance Litigation - Denial of Pltf.'s long term disability benefits as former third party administrator of the HM Life Insurance Company Long Term Disability Policy |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Concord, NH |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/23/2009 at 09:37 |
| **APPEARANCE OR ANSWER DUE:** | By the first Tuesday of June 2009 (06/02/09) |
| **ATTORNEY(S) / SENDER(S):** | William D. Woodbury Normandin, Cheney & O'Neil, PLLC P. O. Box 575 Laconia, NH 03247-0575 603-524-4380 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790171342383 Image SOP Email Notification, Susan Frost Susan_Frost@us.crawco.com Email Notification, Winnie Myrie wmyrie@choosebroadspire.com |
| **SIGNED: ADDRESS:** | C T Corporation System 9 Capitol Street Concord, NH 03301 |
| **TELEPHONE:** | 603-224-2341 |

Page 1 of 1 / DF

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# The State of New Hampshire

**MERRIMACK, SS.**                                                                **SUPERIOR COURT**

## RECEIPT OF WRIT

DATE: April 16, 2009

DOCKET NUMBER: 09-C-0189

Susan Fifield

v.

HM Life Insurance Company, Broadspire Services Incorporated,
and AETNA Life Insurance Company

     The writ in the above-captioned matter was filed with the Clerk of this Court on April 14, 2009 at 11:58 a.m.

     The plaintiff or his/her attorney is to attach a copy of this receipt to identical copies of the original writ and deliver them to the sheriff or other legally authorized entity for service on each named defendant. Sufficient copies shall be provided to allow for a service copy for each named defendant and a copy for each officer completing service to complete the return. The return copies shall be filed with the court in accordance with N.H. Superior Court Rule 3.

                                                 By Order of the Court

                                                 William S. McGraw, Clerk

# The State of New Hampshire

## SUPERIOR COURT

MERRIMACK COUNTY

(X) COURT
( ) JURY

### WRIT OF SUMMONS

SUSAN FIFIELD
19 Vine Street
Northfield, NH 03276

v.

HM LIFE INSURANCE COMPANY
PO Box 535061
Pittsburgh, PA 15253
and
BROADSPIRE SERVICES INCORPORATED
1001 Summit Blvd
Atlanta, GA 30302
and
AETNA LIFE INSURANCE COMPANY
151 Farmington Avenue
Hartford, CT 06156

The Sheriff or Deputy of any County is ordered to summon each defendant to file a written appearance with the Superior Court at the address listed below by the return day of this writ which is the first Tuesday of __June__, __2009__.
YEAR / MONTH

The PLAINTIFF(S) state(s):

See attached Writ/Declaration

and the Plaintiff(s) claim(s) damages within the jurisdictional limits of this Court.
Susan Fifield By Her Attorney,

INDORSER (sign and print name)
William D. Woodbury

DATE OF WRIT: 04/14/09

### NOTICE TO THE DEFENDANT

The Plaintiff listed above has begun legal action against you. You do not have to physically appear in Court on the return day listed above since there will be no hearing on that day. However, if you intend to contest this matter, you or your attorney must file a written appearance form with the Clerk's Office by that date. (Appearance forms may be obtained from the Clerk's Office.) You will then receive notice from the Court of all proceedings concerning this case. If you fail to file an appearance by the return day, judgment will be entered against you for a sum of money which you will then be obligated to pay.

Witness, ROBERT J. LYNN, Chief Justice, Superior Court.

William S. McGraw, Clerk
NH Superior Court Merrimack County
PO Box 2880
Concord, NH 03302-2880
(603) 225-5501

213-003-5

SIGNATURE OF PLAINTIFF/ATTORNEY
William D. Woodbury
Normandin, Cheney & O'Neil, PLLC
PRINTED/TYPED NAME

PO Box 575
ADDRESS

Laconia, NH 03247-0575 / 603/524-4380
PHONE